UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 09-CV-1022-DRH |
| CHAPMAN EXCAVATING & CONCRETE CONSTRUCTION, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER FOR DEFAULT JUDGMENT

Plaintiffs filed this action on December 9, 2009 to recover from defendant Chapman Excavating & Concrete Construction, Inc. delinquent fringe benefit contributions and liquidated damages owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Defendant was served with the summons and complaint on January 15, 2010 and has not filed an answer or responsive pleading. This Clerk of the Court entered the default of defendant on February 22, 2010. (Doc. 9).

Under the applicable collective bargaining agreement, an audit was performed on the records of defendant for the period of January 1, 2007 through June 30, 2010. The audit revealed that defendant failed to remit contributions in the total amount of $17,334.20. In addition, ten percent (10%) liquidated damages were assessed. Defendant owes $1,733.42 in liquidated damages.

The collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), also require defendant to pay plaintiffs' attorneys' fees and court costs. Plaintiffs incurred attorneys' fees in the amount of $1,579.00 and fees in the amount of $530.25. The collective bargaining agreement also requires defendant to pay the fee for an audit to be performed. Plaintiffs' were billed $740.00 for

the audit.

The total amount owed by defendant to plaintiffs is $21,916.87.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment by default in favor of plaintiffs and against defendant Chapman Excavating & Concrete Construction, Inc. in the amount of $21,916.87.

SO ORDERED:

David R. Herndon
2010.11.03
10:52:41 -05'00'

Chief Judge
United States District Court

DATE: November 3, 2010