IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION FUND, et al,

    Plaintiffs,

v.

CHAPMAN EXCAVATING AND CONCRETE
CONSTRUCTION, INC.,

    Defendant.                         NO. 09-CV-1022-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiffs' motion for default judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2010, judgment is entered in favor of the plaintiffs, **EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND**, **et al,** and against the defendant, **CHAPMAN EXCAVATING AND CONCRETE CONSTRUCTION, INC.,** in the amount of $21,916.87, and this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:       /s/*Sandy Pannier*
                                                         **Deputy Clerk**

Dated: November 3, 2010

                                      David R. Herndon
                                      2010.11.03 11:49:40
APPROVED:                     -05'00'
                CHIEF JUDGE
                U. S. DISTRICT COURT