UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CHAPMAN EXCAVATING & CONCRETE CONSTRUCTION, INC., )<br>)<br>Defendant. ) | Case No.: 09-CV-1022-DRH |

## PAY-IN ORDER

TO: Citizen State Bank of Shipman
Attn: David Phelan
111 Keating
Shipman, IL 62685

Pursuant to the garnishment interrogatory answers filed in this matter, you are hereby ordered to pay to the registry of the United States District Court for the Southern District of Illinois, Attn: Clerk, 750 Missouri Avenue, East St. Louis, IL 62201, the amount of $69.07. Upon payment of this amount, you shall stand released from this garnishment, and this amount shall be paid to plaintiffs.

SO ORDERED:

By

David R. Herndon
2010.12.21
13:09:35 -06'00'

Chief Judge
United States District Court

Date: December 21, 2010