UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No.: 09-CV-1022-DRH |
| CHAPMAN EXCAVATING & CONCRETE CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee Citizen State Bank of Shipman in the amount of $69.07, the Clerk is directed to issue payment to plaintiffs from the registry of the Court in the amount of $69.07, payable to the order of "Employers and Operating Engineers Local 520 Benefit Funds," and sent in care of plaintiff's counsel, Greg A. Campbell, Hammond and Shinners, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

SO ORDERED:

By: /s/ David R. Herndon
2010.12.21
13:07:27 -06'00'
UNITED STATES DISTRICT JUDGE

Date:  December 21, 2010